453 F.2d 1313
 Mrs. Thurman D. TODD, Individually, etc., Plaintiff,
v.
JAMES E. DEAN MARINE DIVERS, INC., Defendant-Appellant,
Tidex, Inc., et al., Defendant-Appellee.
 No. 71-2474 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 20, 1972.
Rehearing Denied March 10, 1972.
 
 Robert E. Leake, Jr., Hammett, Leake & Hammett, New Orleans, La., for defendant-appellant.
 Theodore G. Dimitry, George W. Healy, III, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee; Edwin K. Legnon, New Orleans, La., of counsel.
 William D. Hunter, Morgan City, La., for Mrs. T. D. Todd.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed for the reasons set forth in the published opinion of the District Judge. Todd v. James E. Dean Marine Divers et al., 325 F.Supp. 18 (E.D.La.1971).
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I